

FILED
SEP 08 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   CASE NO.  1:17-MJ-147 EPG
                               )
        Plaintiff,             )   ORDER TO
                               )   UNSEAL COMPLAINT
    v.                         )
                               )
CARLOS MONTANO, ET AL.,        )
                               )
        Defendant.             )
_____)

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on September 6, 2017 be unsealed and become public record.

DATED: September 8, 2017

_____
Honorable ~~ERIC P. GROSJEAN~~ Sheila K. Oberto
U.S. MAGISTRATE JUDGE