# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:17-cr-00198-LJO-SKO |
|---|---|
| Plaintiff, | ORDER GIVING NOTICE TO ALL PARTIES AND TO ALL COUNSEL OF A LONG TERM SCHEDULING CONFERENCE TO BE HELD ON DECEMBER 18, 2017, at 1:30 P.M. IN COURTROOM 4 |
| v. | |
| CARLOS MONTANO, *et al.*, | |
| Defendants. | |

A long-term scheduling conference is set for December 18, 2017, at 1:30 p.m. in Courtroom 4 before the undersigned. At all hearings/conferences in this case, all defendants will be required to attend. The only exception will be if, at least ten days before any hearing, a signed (by the defendant and the counsel) waiver of appearance is filed.

At the December 18 conference, counsel are to be ready to select dates for this case, including dates for discovery production, motions of any kind to be filed, the dates that all motions are to be heard, plea offers to be provided by the Government, plea offers to expire, pretrial conference, and trial. ONCE SET, THESE DATES WILL BE FIRM AND WILL NOT BE CHANGED. A serious discussion about dates before the December 18 conference among counsel is strongly suggested.

This case will not be unreasonably delayed due to concerns about vacations or seminars. There are too many people involved to be able to accommodate those concerns. If counsel either cannot agree

1

to dates, or an agreed-upon trial date is suggested too far out into the future, the Court will set the trial date itself.  Should any counsel have other counsel appear for them on December 18, this does not relieve any party from the meet and confer suggestion pre-conference, nor does it provide a valid excuse for not having that appearing counsel possess counsel's trial availability.  If any particular counsel is unavailable for trial within a reasonable amount of time that coincides with all other counsels' schedules, the Court will order that new counsel be appointment for replacement purposes at this early stage of the case.

IT IS SO ORDERED.

    Dated:   **October 16, 2017**           **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES CHIEF DISTRICT JUDGE