```
NICHOLAS F. REYES, SBN #102114
Law Offices of Nicholas F. Reyes
1107 "R" Street
Fresno, CA 93721
Telephone: (559) 486-4500
Facsimile: (559) 486-4533
Email: nfreyeslaw@gmail.com

Attorneys for Defendant
CARLOS MONTANO
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00198-LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE HEARING OF NOVEMBER 6, 2017** |
| v. | |
| CARLOS MONTANO, | |
| Defendant. | |

The parties herein CARLOS MONTANO, by and through counsel Nicholas F. Reyes, and THE UNITED STATES OF AMERICA, by and through AUSA Kimberly Sanchez hereby stipulate as follows:

1. By this stipulation, defendant and the government now move to vacate the status conference scheduled solely for Defendant Carlos Montano on November 6, 2017, and to exclude time between *November 6, 2017 and December 18, 2017*, under Local Code T4.

2. Defendant already has a status conference scheduled in this matter for December 18, 2017, at 1:30 p.m. before the Honorable Judge O'Neill.

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between November 6,

2017 to December 18, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 20, 2017  /s/Nicholas F. Reyes
NICHOLAS F. REYES, ESQ.
Attorney for Defendant
CARLOS MONTANO

IT IS SO STIPULATED.

Dated: October 20, 2017  /s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant United States Attorney

IT IS SO ORDERED.

Dated: **October 23, 2017**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE