# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:17-CR-00198-LJO-SKO** |
| **Plaintiff,** | |
| **v.** | |
| **CARLOS MONTANO,** *et al.*, | |
| **Defendants.** | |
| **UNITED STATES OF AMERICA,** | **1:17-CR-00264-LJO-SKO** |
| **Plaintiff,** | |
| **v.** | |
| **MIGUEL MANZO,** *et al.*, | |
| **Defendants.** | |

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:17-CR-00266-LJO-SKO** |
| **Plaintiff,** | |
| **v.** | |
| **JOSE ESAI MARTINEZ,** | |
| **Defendant.** | |

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:17-CR-00267-LJO-SKO** |
| **Plaintiff,** | |
| **v.** | |
| **LEONARDO ORROSTIETA,** | |
| **Defendant.** | |

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:17-CR-00268-LJO-SKO** |
| **Plaintiff,** | |
| **v.** | |
| **CHRISTIAN ROSALES,** | |
| **Defendant.** | |

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:17-CR-00239-LJO-SKO** |
| **Plaintiff,** | |
| **v.** | |
| **ALBERTO PEREZ,** | |
| **Defendant.** | |

# **SCHEDULING ORDER**

On December 18, 2017, a scheduling conference was held in the above-captioned cases, which are related for purposes of discovery.

In *United States v Montano*, 1:17-cr-00198-LJO-SKO, Defendants Carlos Montano, Filibert Chavez, Robin Gill, Gabriel Gomez, Nicholas Bolanos, Daniel Villanueva, Gerrick Travis Tyrell Franklin, Amina Padilla, Robert Lockhart, Ildelfonso Soto, Carlos Melgar, Cisco Hernandez, Miguel Murillo, Adolfo Jesus Mendoza, and Jesus Melgarejo appeared with counsel. Defendant Jeni Fries was not present pursuant to waiver, but was represented by counsel.

In *United States v Manzo*, 1:17-cr-00264-LJO-SKO, Defendants Oscar Bazan, Miguel Manzo, Janet Uribe, Jhoana Mariel Garcia-Garcia, Jose Alejandro Hernandez, Jason Alexander Carlton, and Michael Martinez appeared with counsel.

In *United States v. Martinez*, 1:17-cr-00266-LJO-SKO, Defendant Jose Esai Martinez was present with counsel.

In *United States v. Orrostieta*, 1:17-cr-00267-LJO-SKO, Defendant Leonardo Orrostieta was present with counsel.

In *United States v. Rosales*, 1:17-cr-00268-LJO-SKO, Defendant Christian Rosales was present with counsel.

In *United States v. Perez*, 1:17-cr-00239-LJO-SKO, Defendant Alberto Perez was present with counsel.

Government counsel was present.

The Court made a determination that these cases are complex within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), and that time is to be excluded under the Speedy Trial Act, as good cause exists and the ends of justice outweigh the interest of the defendants and the public in a speedy trial. *See Bloate v. United States*, 559 U.S. 196, 210 (2010). Pursuant to discussions with counsel at the scheduling conference, the Court **ORDERS** that these cases proceed as follows:

## 1. **Discovery**

The Government shall provide all discovery by no later than **May 1, 2018**. If this deadline is not met by the Government, absent a strong showing of good cause, any discovery produced after

May 1, 2018 may not be used by the Government to prosecute this case. Such a circumstance would not, however, relieve the Government from producing the late discovery, and nothing would preclude Defendants from using the late-produced discovery.

**2. Motions**

All motions in the above-captioned cases must be filed on or before **November 1, 2018**. Oppositions must be filed on or before **December 3, 2018**. Replies must be filed on or before **December 14, 2018**. Discovery-related motions are to be filed before Magistrate Judge Sheila K. Oberto.

**3. Motions Hearing**

A hearing on any non-discovery motions filed pursuant to the above provision is set for **Monday, February 4, 2019** at **1:30 pm** in Courtroom 4 before Chief Judge Lawrence J. O'Neill.

**4. Trial Date**

The trial in *United States v Montano*, 1:17-cr-00198-LJO-SKO, is set to begin **Tuesday, May 7, 2019** at **8:30 am** in Courtroom 4 before Chief Judge Lawrence J. O'Neill.

The trial in *United States v Manzo*, 1:17-cr-00264-LJO-SKO, is set to begin **Tuesday, September 17, 2019** at **8:30 am** in Courtroom 4 before Chief Judge Lawrence J. O'Neill.

The trial dates in *United States v. Martinez*, 1:17-cr-00266-LJO-SKO, *United States v. Orrostieta*, 1:17-cr-00267-LJO-SKO, *United States v. Rosales*, 1:17-cr-00268-LJO-SKO, and *United States v. Perez*, 1:17-cr-00239-LJO-SKO will be set at a trial setting conference on **Monday, October 22, 2018** at **8:15 am** in Courtroom 4 before Chief Judge Lawrence J. O'Neill.

These dates, due to the enormous task of obtaining non-conflicting dates from all counsel, coupled with how much time all parties are being given to get the discovery and trial preparation completed, will NOT BE CHANGED. Any conflict that arises for the now-set trial date in this case will be a conflict in the OTHER case (State or Federal), and not this case. This includes the understanding that counsel are to advise any other judge from any other court as soon as a possible

4

conflict arises of the specific special setting of these cases. If there is push back from the other court, counsel are required to notify this Court of the problem immediately, and this Court will make appropriate court-to-court contacts. Counsel need not agree to the setting of any case that has a start date before these trial dates that has the potential of interfering with the start of these trials.

IT IS SO ORDERED.

Dated: __December 19, 2017__ _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE