| | |
|---|---|
| 1 | NICHOLAS F. REYES, #102114 |
| | LAW OFFICES OF NICHOLAS F. REYES |
| 2 | 1107 R STREET |
| | FRESNO, CA 93721 |
| 3 | Telephone: 559-486-4500 |
| | Facsimile: 559-486-4533 |
| 4 | Email: nfreyeslaw@gmail.com |
| 5 | Attorney for Defendant |
| | CARLOS MONTANO |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.1:17-CR-00198-LJO SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| CARLOS MONTANO | |
| Defendant. | |

Defendant, CARLOS MONTANO, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JEFFREY SPIVAK Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, May 6, 2019, at 8:30 a.m. be continued to Monday, June 17, 2019 at 8:30 a.m. in the courtroom for the Honorable Lawrence J. O'Neill, District Judge.

The continuance is necessary and good cause exists because counsel for defendant requires the time to prepare and file an extensive sentencing memorandum including significant 3553(a) factors. Furthermore, counsel for defendant has been preparing for trial commencing in the Santa Clara County Superior Court on April 29, 2019, as well as a trial in Kings County Superior Court commencing on May 13, 2019.

1

**IT IS SO STIPULATED**

Dated: 04/24/2019                          Respectfully submitted,

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated:04/24/2019                        /s/ Jeffrey Spivak
JEFFREY SPIVAK
Assistant U.S. Attorney

### ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for May 6, 2019, is continued until June 17, 2019, 8:30 a.m. before the Honorable Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated: **April 24, 2019**               /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE