IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CARLOS MONTANO, ) <br> ) <br> Defendant. ) <br>  ) | Case №: 1:17-CR-00198-1-NONE <br> CA №: 19-10220 <br><br> **O R D E R** <br> **APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on his appeal. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that David Schlesinger be appointed to represent the above defendant in this case effective *nunc pro tunc* to May 18, 2020 and substituting for CJA Appellate Attorney, Lindsay L. Sweet.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **May 19, 2020**

UNITED STATES DISTRICT JUDGE

-1-